UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 21-1592

———

UNITED STATES OF AMERICA

v.

CHARLES J. WEISS,
                Appellant

———

(D.C. No. 2:19-cv-00502)

———

SUR PETITION FOR REHEARING

———

Present: CHAGARES, *Chief Judge*, AMBRO, JORDAN, HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, and FREEMAN *Circuit Judges*

    The petition for rehearing filed by **appellant** in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the

panel and the Court en banc, is denied.

                                              BY THE COURT,

                                              s/ *Peter J. Phipps*
                                              Circuit Judge

Date: January 5, 2023
Tmm/cc: Michael J. Haungs, Esq.
John Schumann, Esq.
James R. Malone, Jr., Esq.